[No. 8372-4-I.   Division One.   April 27, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JEAN
PAUL HEINER, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 2873, Richard L. Pitt, J., entered December 21,
1979. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen and Durham, JJ.

[No. 8606-5-I.   Division One.   April 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL B.
CARR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-02026-1, Robert E. Dixon, J., entered
March 7, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Callow, JJ.

[No. 9062-3-I.   Division One.   April 27, 1981.]

EDMONDS SCHOOL DISTRICT NO. 15, *Respondent*, v. KARL
J. BRILL, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-2-01765-7, Thomas G. McCrea,
J., entered June 3, 1980. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 8810-6-I.   Division One.   April 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE
SPAN HILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-00121-0, Carolyn R. Dimmick, J.,
entered April 29, 1980. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Callow, JJ.